IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON DIVISION

IN RE:                                            Case No. 20-51271-amk

THOMAS N. CONIGLIO
GWENAY S. CONIGLIO                  CHAPTER 11

                                 Debtors     JUDGE ALAN M. KOSCHIK

**AMENDED NOTICE OF AMENDED MOTION FOR RELIEF FROM STAY**

      WBL SPO II, LLC ("Movant") has filed papers with the Court for Motion for Relief from Stay. The preliminary hearing on this matter, if any is required, is set for <u>February 15, 2022</u> <u>At 10:00 AM</u> at the United States Bankruptcy Court, 455 U.S. Courthouse, Two South Main Street, Akron, OH 44308.

      Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      If you do not want the court to grant the Motion for Relief from Stay, or if you want the Court to consider your views on the Motion for Motion for Relief from Stay, then on or before <u>February 11, 2022</u> you or your attorney must:

      File with the Court a written request for a hearing, or if the Court requires a written response, an answer, explaining your position at:

            Clerk
            United States Bankruptcy Court
            455 U.S. Courthouse
            Two South Main Street
            Akron, OH 44308

If you mail your request or response to the Court for filing, you must mail it early enough so the court will receive it on or before the date states above.

You must also mail a copy to:

>David C Nalley
>Attorney for Movant
>Reisenfeld & Associates LLC
>3962 Red Bank Road
>Cincinnati, OH 45227
>
>Office of the United States Trustee
>Howard M. Metzenbaum U.S. Courthouse
>201 Superior Avenue East, Suite 441
>Cleveland, Ohio 44114

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.

Dated: January 28, 2022

/s/ David C. Nalley
David C Nalley (0064045)
Reisenfeld & Associates LLC
Attorney for World Business Lenders, LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: 1-513-322-7000
facsimile: 513-322-7099
e-mail: ohbk@rslegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this Notice of filing has been served this 28th day of  January , 2022.

Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Warner Mendenhall, Debtor's Counsel
    warner@warnermendenhall.com

    U.S. Trustee
    ustpregion09.cl.ecf@usdoj.gov

Via Regular U.S. Mail, postage prepaid on:

    Gwenay S. Coniglio, Debtor
    1631 Jennifer Drive
    Twinsburg, OH 44087

    Thomas N. Coniglio, Debtor
    1631 Jennifer Drive
    Twinsburg, OH 44087

    PNC, N.A
    50 West Broad Street
    Suite 1330
    Columbus, Ohio 43215

    First Home Bank
    9190 Seminole BLVD
    Seminole, Florida 33772

    Fifth Third Mortgage Company
    50 West Broad Street
    Suite 1330
    Columbus, Ohio 43215

    /s/ David C. Nalley
    David C Nalley